**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA  DIVISION**

| | | |
|---|---|---|
| Margaret Atkinson | ) | Civil Action No.: 3:26-CV-01027-MGL |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' ANSWERS TO LOCAL** |
| | ) | **RULE 26.01 INTERROGATORIES** |
| Alvaro Martinez and Bernhardt | ) | |
| Transportation, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**TO:     THE UNITED STATES COURT:**

Under the provisions of Local Rule 26.01, Defendants, Alvaro Martinez and Bernhardt Transportation, LLC, respond to the Court's Rule 26.01 Interrogatories as follows:

A.     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:     None of which Defendants are aware.**

B.     As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:     Defendants request a jury trial.**

C.     State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

1

**ANSWER:**     **No defendant is a publicly traded company.**

D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**     **Defendants have no basis to challenging the appropriateness of the division.**

E.     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:**     **None that Defendants are aware of.**

F.     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**     **Defendants are properly named.**

G.     If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**     **Defendants are unaware at this time of any legal entity liable to it or the party asserting this claim; however, Defendants reserve the right to amend this response**

2

**at a later date should the discovery in this case reveal any other parties who may be liable to the Defendants or to the Plaintiff in this matter.**

H.      In an action in which jurisdiction is based on diversity under 28 U.S.C SS 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under SS 1332(a).

**ANSWER:     Plaintiff is a citizen of the State of South Carolina. Defendant Alvaro Martinez is a citizen of North Carolina. Bernhardt Transportation, LLC is a North Carolina limited liability company with is principal place of business in North Carolina.  Its sole member is Bernhardt Furniture Company, which is a North Carolina Corporation with its principal place of business in North Carolina.**

Respectfully submitted,

s/Richard E. McLawhorn, Jr.
Richard E. McLawhorn, Jr. Fed Id. No.: 11441
Jake M. Tillery, Fed. Id. No.: 14371
1515 Lady Street
Post Office Box 12129
Columbia, South Carolina 29211
(803) 256-2233- Phone
(803) 256-9177- Fax
rem@sbwlaw.com
jmt@swblaw.com
**ATTORNEYS FOR DEFENDANTS**

Columbia, South Carolina
May 29, 2026

3